# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CINDY KING, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social )<br>Security Administration, )<br>)<br>   Defendant. ) | Case No. CIV-09-868-M |

## ORDER

On May 25, 2010, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying disability insurance benefits and supplemental security income benefits. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further proceedings. The parties were advised of their right to object to the Report and Recommendation by June 14, 2010. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 25, 2010;

(2) REVERSES the decision of the Commissioner;

(3) REMANDS for further proceedings consistent with the Report & Recommendation of Magistrate Judge; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 1st day of July, 2010.**

_Vicki Miles LaGrange_
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE